NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1100

NUANCE COMMUNICATIONS, INC.,

Plaintiff-Appellant,

v.

ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE,
LEXMARK INTERNATIONAL, INC., ABBYY PRODUCTION LLC,
and ABBYY SOFTWARE LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California
in case no. 08-CV-2912, Judge Jeffrey S. White.

ON MOTION

ORDER

Upon consideration of the motion to withdraw Perry R. Clark as counsel for the

appellees and to substitute Matthew M. Wawrzyn as principal counsel for the appellees,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Tung-On Kong, Esq.
Perry R. Clark, Esq.
Matthew M. Wawrzyn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK